JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEMETRIUS WILLIAMS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DENIS R. McDONOUGH, Secretary of the United States Department of Veterans Affairs,<br><br>Defendant. | No. 2:20-cv-10074-SPG-PD<br><br>**JUDGMENT FOR DEFENDANT DENIS MCDONOUGH**<br><br>Honorable Sherilyn Peace Garnett<br>United States District Judge |

On November 7, 2022, the Court GRANTED the Motion for Summary Judgment or, in the Alternative, Summary Adjudication, filed by defendant Dennis McDonough Secretary of United States Department of Veteran Affairs (the "Secretary") on plaintiff Demetrius Williams's ("Williams's'") claims for discrimination, retaliation and hostile work environment under Title VII of the Civil Rights Act of 1964 ("Title VII"), failure to engage in the interactive process and failure to accommodate under the Rehabilitation Act of 1973, and violation of due process.  Williams' Complaint is therefore dismissed with prejudice. Judgment shall enter in favor of the Secretary.

**IT IS SO ORDERED.**

Dated:  December 14, 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

1